MICHAEL SIENBIDA, Respondent, *v.* TONAWANDA BOARD AND PAPER COMPANY, Appellant.

*Sienbida* v. *Tonawanda Board & Paper Co.*, 121 App. Div. 70, affirmed.
(Argued October 8, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 16, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Clinton B. Gibbs* for appellant.

*George H. Kennedy* and *Elbert S. Boughton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Dissenting: CULLEN, Ch. J., and HAIGHT, J.

---

CHARLES E. SWARTS, Respondent, *v.* THE R. M. WILSON MANUFACTURING COMPANY, Appellant.

*Swarts* v. *Wilson Mfg. Co.*, 115 App. Div. 739, affirmed.
(Argued October 8, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 21, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Frederick G. Fincke* for appellant.

*Frank C. Sargent* and *Jerry F. Connor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.